No. 643. JOHNSTON ET AL. *v*. UNITED STATES. C. A. 3d Cir. Certiorari granted. *Hayden C. Covington* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 704. UNITED STATES *v*. PATTESON. C. A. 10th Cir. Certiorari granted. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 57. BRIDAL VEIL LUMBER CO. *v*. UNION PACIFIC RAILROAD CO. C. A. 9th Cir. Certiorari denied. *Robert A. Imlay* for petitioner.

No. 185. WAGNER IRON WORKS *v*. NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 381. INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (CIO) *v*. WAGNER IRON WORKS. C. A. 7th Cir. Certiorari denied. *Morris Karon* for petitioner in No. 185. *Max Raskin* for petitioner in No. 381. *Solicitor General Sobeloff* and *Theophil C. Kammholz* filed memoranda for the National Labor Relations Board in both cases. Reported below: 220 F. 2d 126.

No. 343. UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA (UE), LOCAL 1113, *v*. NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David Scribner* and *Arthur Kinoy* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling* and *Dominick L. Manoli* for respondent.